94–1445. In re Columbus Skyline Securities, Inc. *Franklin County*, No. 93AP–790. Reported at 74 Ohio St.3d 495, 660 N.E.2d 427. On motion for reconsideration. Motion denied.

94–1869. Am. Cyanamid Co. v. Tracy. Board of Tax Appeals, No. 92–G–1380. Reported at 74 Ohio St.3d 468, 659 N.E.2d 1263. On motion for reconsideration. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

94–2526. State v. Pless. *Cuyahoga County*, No. 63477. Reported at 74 Ohio St.3d 333, 658 N.E.2d 766. On motion for reconsideration. Motion denied.

PFEIFER and COOK, JJ., dissent.

94–2537. State v. Wilson. *Lorain County*, No. 92CA005396. Reported at 74 Ohio St.3d 381, 659 N.E.2d 292. On motion for reconsideration. Motion denied.

COOK, J., not participating.

94–2656. PPG Industries, Inc. v. Tracy. Board of Tax Appeals, No. 93–M–415. Reported at 74 Ohio St.3d 449, 659 N.E.2d 1250. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

95–7. State v. Floyd. *Mahoning County*, No. 92 C.A. 151. Reported at 71 Ohio St.3d 1501, 646 N.E.2d 1125. On motion for reconsideration. Motion denied.

95–1813. State v. Hawkins. *Hamilton County*, Nos. C–900092 and C–910017. Reported at 74 Ohio St.3d 530, 660 N.E.2d 454. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

95–1912. Hill v. B.F. Goodrich Co. *Marion County*, No. 9–94–59. Reported at 74 Ohio St.3d 1512, 659 N.E.2d 1289. On motion for reconsideration. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

95–1928. Evans v. Culbertson. *Knox County*, No. 95CA2. Reported at 74 Ohio St.3d 1497, 659 N.E.2d 313. On motion for reconsideration. Motion denied.

95–1947. Ammon v. Fresh Mark, Inc. *Columbiana County*, No. 94–C–46. Reported at 74 Ohio St.3d 1500, 659 N.E.2d 316. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

95–1960. Adkinson v. Mossing. *Lucas County*, No. L–94–363. Reported at 74 Ohio St.3d 1498, 659 N.E.2d 313. On motion for reconsideration. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

95–1980. State v. Collins. *Lorain County*, No. 94CA005967. Reported at 74 Ohio St.3d 1498, 659 N.E.2d 313. On motion for reconsideration. Motion denied.

95–1992. Weiss v. Thomas & Thomas Dev. Co. *Cuyahoga County*, Nos. 67508, 67509, 67515 and 67516. Reported at 74 Ohio St.3d 1498, 659 N.E.2d 314. On motion for reconsideration. Motion granted and discretionary appeal allowed.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

95–2031. Goldfuss v. Davidson. *Portage County*, No. 94–P–0010. Reported at 74 Ohio St.3d 1498, 659 N.E.2d 314. On motion for reconsideration. Motion granted and discretionary appeal allowed; *sua sponte,* cause consolidated with 95–2014, *Goldfuss v. Davidson,* Portage County, No. 94–P–0010.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

95–2033. State v. Haywood. *Allen County*, No. CA95080049. Reported at 74 Ohio St.3d 1498, 659 N.E.2d 314. On motion for reconsideration. Motion denied.

95–2054. Hudson v. Corsaut. *Defiance County*, No. 4–94–16. Reported at 74 Ohio St.3d 1512, 659 N.E.2d 1289. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.

95–2055. Dunkle v. Kinsey. *Summit County*, No. 17114. Reported at 74 Ohio St.3d 1509, 659 N.E.2d 1286. On motion for reconsideration. Motion denied.

COOK, J., not participating.